EMMA FIFIELD, as Administratrix with the Will Annexed of the Estate of ROSWELL C. MUZZY, Deceased, Appellant, *v.* HOLLIS P. WHITE, Respondent.

*Fifield* v. *White*, 139 App. Div. 390, affirmed.
(Argued January 15, 1913; decided February 4, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 24, 1911, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to recover for an alleged breach of contract.

*Patrick J. Tierney* for appellant.

*Robert E. Healy* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and HOGAN, JJ.